# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| STEVEN LAWSON, et al | ) |
|---|---|
| *Plaintiffs* | ) |
| v. | ) Civil Action No. 2:15-CV-0094-TOR |
| BNSF RAILWAY COMPANY, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF NO. 37) IS GRANTED.

PLAINTIFFS' FIRST AMENDED COMPLAINT (ECF NO. 32) IS DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendant's Motion to Dismiss (ECF No. 37).

Date: May 16, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen